IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01985-DME-CBS

DEBRA (DEBBIE) MAGEE,

    Plaintiff,

v.

COUNTY OF WASHINGTON;
LARRY KUNTZ, individually and in his capacity as Sheriff for the County of Washington;
RICHARD HARL, individually and in his capacity as a Deputy Sheriff for the County of Washington,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Stipulation for the Dismissal with Prejudice of named Defendants, County of Washington and Larry Kuntz. The Court, having reviewed the Stipulation, hereby GRANTS the Stipulation for Dismissal with Prejudice of named Defendants, County of Washington and Larry Kuntz, each party to pay her, his or its costs and attorneys' fees.

DATED this  13th  day of  March , 2007.

                                                  BY THE COURT:

                                                */s/ David M. Ebel*

                                                David M. Ebel
                                                United States Circuit Judge