IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01985-DME-CBS

DEBRA (DEBBIE) MAGEE,

    Plaintiff,

v.

COUNTY OF WASHINGTON; LARRY KUNTZ, individually and in his capacity as Sheriff for the County of Washington; RICHARD HARL, individually and in his capacity as a Deputy Sheriff for the County of Washington,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on Plaintiff's Unopposed Motion to Dismiss Defendant Harl. The Court, having reviewed Plaintiff's Motion, hereby GRANTS the Motion for Dismissal With Prejudice, each party to pay his, her or its costs and attorneys' fees. This case and the causes of action alleged therein are now dismissed, so the Court will close its file in this matter.

DATED this   18th   day of   July  , 2007.

                                              BY THE COURT:

                                              *s/ David M. Ebel*

                                              David M. Ebel
                                              United States Circuit Judge